IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McCullough, Kay F | Case Number: 08 B 26335 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 10/1/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nuvell Credit Company LLC | Secured | 11,325.00 | 0.00 |
| 2. | Nuvell Credit Company LLC | Unsecured | 869.70 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 163.65 | 0.00 |
| 4. | Midland Credit Management | Unsecured | 101.89 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 41.73 | 0.00 |
| 6. | Oliphant Financial Corporation | Unsecured | 26.04 | 0.00 |
| 7. | Balaban Furniture Ltd | Secured | | No Claim Filed |
| 8. | AT&T | Unsecured | | No Claim Filed |
| 9. | Medical Collections | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | Chase | Unsecured | | No Claim Filed |
| 13. | KCA Financial Services | Unsecured | | No Claim Filed |
| 14. | Credit Management Service | Unsecured | | No Claim Filed |
| 15. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 16. | KCA Financial Services | Unsecured | | No Claim Filed |
| 17. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
| 18. | MRSI | Unsecured | | No Claim Filed |
| 19. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 20. | Walgreen's Drug Store | Unsecured | | No Claim Filed |
| 21. | KCA Financial Services | Unsecured | | No Claim Filed |
| 22. | Unifund CCR Partners | Unsecured | | No Claim Filed |
| 23. | Unifund CCR Partners | Unsecured | | No Claim Filed |
| 24. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 25. | University Of Phoenix | Unsecured | | No Claim Filed |
| | | | $ 12,528.01 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCullough, Kay F

Printed: 03/03/09

Case Number: 08 B 26335
Judge: Wedoff, Eugene R
Filed: 10/1/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: